UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| KRISTINA HERBERT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:21-CV-00346-LEW |
| DR. ANDREW MEGHAR, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
<u>OF THE MAGISTRATE JUDGE</u>**

On February 22, 2022, following review of Plaintiff's complaint under the *in forma pauperis* statute, 28 U.S.C. § 1915(e)(2), the United States Magistrate Judge filed with the court, with copies to Plaintiff, his recommendation that Plaintiff's Complaint be dismissed. The time within which to file objections expired on March 9, 2022, and no objections have been filed. The Magistrate Judge notified Plaintiff that failure to object would waive her right to *de novo* review and appeal.

Because Plaintiff's Complaint in this and several other cases lack merit,[1] Plaintiff is hereby advised "that filing restrictions may be in the offing" should she commence further "groundless litigation." *Cok v. Family Court of Rhode Island*, 985 F.2d 32, 35 (1st Cir. 1993).

---

[1] *See Lazore v. Harrigan*, 1:21-cv-00239-GZS, 2021 WL 5182663 (D. Me. Nov. 8, 2021); *Herbert v. Perry*, 1:21-cv-00334-LEW, slip op. (D. Me. Jan. 10, 2022); *Herbert v. Dikins*, 1:22-cv-00051-LEW, slip op. (D. Me. Mar. 29, 2022).

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.

**SO ORDERED.**

Dated this 25th day of April, 2022.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE